UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY

_____ X

Plaintiff,

SHRI LAKSHMI COTSYN LTD.

                   CIVIL ACTION
  -vs-              Case No. 3:12-CV-01614-FLW-DEA

Defendant/ Counterclaimant

HN INTERNATIONAL GROUP, INC.    **NOTICE OF MOTION TO DISMISS**
_____ X  **AND COMPEL ARBITRATION**

The Defendant moves to dismiss the action because:

1. The claims alleged herein by the Plaintiff, SHRI LAKSHMI COTSYN LTD. are subject to an arbitration provision contained in a Master Vendor Agreement.

2. Both parties signed a Master Vendor Agreement in October of 2009 in which paragraph 25 provides that "*any disagreement or dispute related to the Agreement which remains unresolved after good faith negotiation, shall be referred to and determined by arbitration*"

3. Defendant/Counterclaimant requests the matter be dismissed and the Plaintiff be compelled to arbitrate their claims pursuant to the Agreement of the parties.

Dated: June 27, 2012

                     /S/  Steven P. Ross
                        Steven P. Ross
                        Attorney for the Defendant
                        52 Main Street
                        Hackensack, NJ 07601
                        Phone: 201-488-4300
                        spross@rossesq.com

CERTIFICATE OF SERVICE

  I hereby certify that on June 29, 2012 I served the foregoing Notice of Motion to Dismiss upon the following attorneys for the Plaintiff at their address as indicated below:

By Notice of Electronic Filing:

EDWARD S. ANTAR, ESQ.
42 Falmouth Street
Brooklyn, N.Y. 11235
Attorney for Plaintiff
antar.edward@gmail.com


/S/  Steven P. Ross
  Steven P. Ross
  Attorney for the Defendant
  52 Main Street
  Hackensack, NJ 07601
  Phone: 201-488-4300
  spross@rossesq.com